STATE v. VANCE

No. 202PA90

Case below: 98 N.C. App. 105

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed, review limited to the "year and a day rule" issue, 26 July 1990.

STATE v. WILLIAMS

No. 219P90

Case below: 98 N.C. App. 274

Temporary stay dissolved 26 July 1990. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

STIMPSON HOSIERY MILLS v. PAM TRADING CORPORATION

No. 280P90

Case below: 98 N.C. App. 543

Petition by plaintiff for writ of supersedeas and temporary stay denied 10 July 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 July 1990.

SUNAMERICA FINANCIAL CORP. v. BONHAM

No. 200PA90

Case below: 98 N.C. App. 156

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990.

TALIAN v. CITY OF CHARLOTTE

No. 233A90

Case below: 98 N.C. App. 281

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 26 July 1990.